McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Mandy Vogel
Nevada Bar No. 16150
  mandy.vogel@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendants, Erica Olson and Safeco Insurance Company of Illinois

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RODRIGUEZ, an individual and as the natural parent on behalf of: I C, J C, J J C, minors,<br><br>    Plaintiffs,<br><br>v.<br><br>ERICA OLSON, an individual, SAFECO INSURANCE COMPANY OF ILLINOIS, a foreign limited liability company, DOE MANAGERS I through X; DOE EMPLOYEES I through X; DOE OWNERS I through X; DOE; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally,<br><br>    Defendants. | Case No. 2:24-cv-00587-JAD-EJY<br><br>**STIPULATION AND ORDER REMANDING CASE BACK TO STATE COURT**<br><br>ECF No. 6 |

    This Stipulation is entered into by and between Plaintiffs MARIA RODRIGUEZ, an individual and as the natural parent on behalf of: I C, J C, J J C, minors, (hereafter "Plaintiffs") and Defendants ERICA OLSON and SAFECO INSURANCE COMPANY OF ILLINOIS (hereafter "Defendants"), by and through their counsels of record.

    The parties, acting by and through their respective attorneys of record, hereby agree and stipulate that the total value of the case, all causes of action included, will not exceed $75,000 per

1  Plaintiff, exclusive of costs, interest and computed without regard to any setoff or counterclaim to
2  which Defendant may be adjudge to be entitled.

3      The parties, acting by and through their respective attorneys of record, further agree and
4  stipulate to remand of this case from Federal to State Court, and request the Court enter an order
5  remanding this case to the Nevada Eighth Judicial District Court, County of Clark. The grounds for
6  remand of this action are that diversity jurisdiction is no longer proper pursuant to 28U.S.C. 1332(a)
7  because the value of this case is less than $75,000.

8      The parties, by the undersigned counsel for each party, agree that this Stipulation may be
9  signed by counsel, and that all counsel listed below have authorized the submission of this
10 Stipulation to this Court.

11     IT IS SO STIPULATED:

12     DATED this 2nd day of April, 2024

13                                                       D.R. PATTI & ASSOCIATES

15                                            By      /s/ Troy A. Clark
16                                                    Troy A. Clark, Esq.
                                                   Nevada Bar No. 11361
17                                                  720 S. Seventh Street, Third Floor
18                                                  Las Vegas, Nevada 89101
                                                 Telephone: (702) 331-3391
19                                                  Facsimile: (702) 385-9557

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  DATED this 2nd day of April, 2024

2                  McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

By  /s/ Jonathan W. Carlson
    Jonathan W. Carlson, Nevada Bar No. 10536
    Mandy Vogel, Nevada Bar No. 16150
    8337 West Sunset Road, Suite 350
    Las Vegas, Nevada 89113
    Attorneys for ERICA OLSON and SAFECO
    INSURANCE COMPANY OF ILLINOIS

## ORDER

Based on the parties' stipulation [ECF No. 6] and because it appears that this court lacks subject-matter jurisdiction over this matter, IT IS ORDERED that this case is **REMANDED back to the Eighth Judicial District Court, Clark County, Nevada, Case Number A-24-887618-C,** Department 3. **The Clerk of Court is directed to SEND** a copy of the docket sheet for this case along with this remand order to the state court and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 5, 2024